IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| TYRONE HURT, ) | | |
| ) | | |
| Plaintiff, ) | | No. 5:15-CV-310-D |
| ) | | |
| v. ) | | |
| ) | | |
| THE CITY OF ST. LOUIS, ) | | |
| ) | | |
| Defendant. ) | | |

| | | |
|---|---|---|
| TYRONE HURT, ) | | |
| ) | | |
| Plaintiff, ) | | No. 5:15-CV-322-D |
| ) | | |
| v. ) | | |
| ) | | |
| ALL PAST TO PRESENT MAYORS, ) | | |
| ALL MOTHERS AND FATHERS OF THE ) | | |
| PAST TO THE PRESENT, ALL SURVIVORS ) | | |
| OF THE PAST TO THE PRESENT, and ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Defendants. ) | | |

| | | |
|---|---|---|
| TYRONE HURT, ) | | |
| ) | | |
| Plaintiff, ) | | No. 5:15-CV-335-D |
| ) | | |
| v. ) | | |
| ) | | |
| DYLANN ROOF, ) | | |
| ) | | |
| Defendant. ) | | |

1

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:15-CV-336-D |
| v. | ) | |
| | ) | |
| DYLANN ROOF, ERIC HOLT, HOLT AND WHITE, G.O.P. REPUBLICANS, UNITED STATES HOUSE OF REPRESENTATIVES, THE COUNTRY OF GERMANY, and THE AMERICAN COLLEGE DICTIONARY, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:15-CV-337-D |
| v. | ) | |
| | ) | |
| INTERNATIONAL CRIMINAL COURT (1946), INTERNATIONAL PEACE COURT (1946), and KKK, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 5:15-CV-341-D |
| v. | ) | |
| | ) | |
| THE SOUTH CAROLINA HATE, and INCLUDING THE CHIEF OF POLICE, | ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-342-D |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL CRIMINAL COURT (1946), INTERNATIONAL PEACE COURT, and NARCOTIC AGENTS (1972), | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-356-D |
| | ) | |
| v. | ) | |
| | ) | |
| CHIEF OF POLICE, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-409-D |
| | ) | |
| v. | ) | |
| | ) | |
| 7TH DISTRICT, D.C. METROPOLITAN, POLICE DEPARTMENTS, and D.C. COUNCIL, | ) ) ) ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-412-D |
| | ) | |
| v. | ) | |
| | ) | |
| THE INTERNATIONAL CRIMINAL COURT - 1946 - (HAGUE, GERMANY), and THE INTERNATIONAL PEACE COURT - 1946 (HAGUE, GERMANY), | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-413-D |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-416-D |
| | ) | |
| v. | ) | |
| | ) | |
| THE STATE OF VIRGINIA, and NARCOTIC AGENTS (1972), | ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-440-D |
| | ) | |
| v. | ) | |
| | ) | |
| THE CENTER OF THE WORLD, and UNITED STATES OF AMERICA, | ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-469-D |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-470-D |
| | ) | |
| v. | ) | |
| | ) | |
| THE AMERICAN CIVIL LIBERTIES UNION, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TYRONE HURT, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:15-CV-487-D |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. CONSTITUTION, DR. REV. MARTIN LUTHER KING, JR., INTERNATIONAL CRIMINAL COURT, INTERNATIONAL PEACE COURT, AMERICAN PEOPLE, and UNITED STATES OF AMERICA, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES these actions as frivolous. The clerk shall close the cases.

5

**This Judgment Filed and Entered on September 23, 2015, and Copies To:**
Tyrone Hurt             (via US Mail, 422 Chesapeake St. SE, Apt. 33, Washington, DC 20032)


DATE                                **JULIE RICHARDS JOHNSTON, CLERK**
September 23, 2015                  By: /s/ Crystal Jenkins
                                    Deputy Clerk